UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

FRANCISCO SANCHEZ

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~21-CR-070 (PMH)~~

~~13-CR-65 (KPF) - VOSR~~

No. 13-CR-00065 (PMH)

Defendant __FRANCISCO SANCHEZ__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer  scheduled for 5/17/2021

_____
SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

FRANCISCO SANCHEZ
Print Defendant's Name

_____
Defendant's Counsel's Signature

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

**May 17, 2021**
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~

**The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 62.**