UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,         **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

       21 CR 070 (PMH)
FRANCISCO SANCHEZ        13 CR 65 (KPF) - VOSR

Defendant(s).
-------------------------------------------------------------------X

Defendant __FRANCISCO SANCHEZ_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _X__ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X__ Conference Before a Judicial Officer  scheduled for 5/17/2021

_____
SIGNED ELECTRONICALLY BY COUNSEL ON BEHALF OF DEFENDANT WITH HIS CONSENT

Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

FRANCISCO SANCHEZ
Print Defendant's Name

_____
Defendant's Counsel's Signature

DANIEL S. PARKER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

July 22, 2021
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~