UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                                 Plaintiff,                   **MEMORANDUM**

            -against-                                    13 Cr. 65 (PMH)

FRANCISCO SANCHEZ,

                                 Defendant.
-------------------------------------------------------------X

TO:  Philip M. Halpern, United States District Judge:

       Please find attached a transcript of the April 26, 2022 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: October 3, 2022
           White Plains, New York

                                                           Respectfully Submitted,

                                                            JUDITH C. McCARTHY
                                                           United States Magistrate Judge