**PARKER AND CARMODY, LLP**
ATTORNEYS AT LAW
30 EAST 33RD STREET
6TH FLOOR
NEW YORK, N.Y. 10016

DANIEL S. PARKER
MICHAEL CARMODY
CHRISTINA S. COOPER

---

> Application granted. Defendant's sentencing has been adjourned to December 2, 2022 at 9:30 a.m. in courtroom 520. Any written submissions by defendant shall be filed by November 18, 2022, and the government's response shall be filed by November 28, 2022.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 13, 2022

**By ECF and email**
Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: <u>United States v. Francisco Sanchez</u>
21 Cr 00070 (PMH)
13 Cr 65 (KPF) – VOSR

Dear Judge Halpern:

    I write requesting that the Court adjourn the sentencing in this matter currently scheduled for November 3, 2022 to a date in early to mid December, 2022.

    I am starting a racketeering trial in the EDNY on October 17, 2022 that is expected to last approximately 6 weeks.  Accordingly, I respectfully request that the Court adjourn the currently scheduled sentencing.

    Thank you for your consideration in this matter.

Respectfully submitted,

*Daniel S. Parker* (signature)

Daniel S. Parker
Parker and Carmody, LLP
30 East 33rd Street
6th Floor
New York, NY 10016
917-670-7622
DanielParker@aol.com

Cc:  AUSA B. Gianforti (BY ECF and email)