UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

FRANCISCO SANCHEZ,

              Defendant.
-------------------------------------------------------x

**ORDER ACCEPTING**
**PLEA ALLOCUTION**

13-CR-00065 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated October 3, 2022, is approved and accepted, and the Defendant is adjudged guilty of the offense to which the guilty plea was offered.

    The Clerk of Court is directed to enter the guilty plea.

**SO ORDERED:**

Dated: White Plains, New York
       October 19, 2022

                                                  _____
                                                  Philip M. Halpern
                                                  United States District Judge