UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

FRANCISCO SANCHEZ,

Defendant.

**ORDER**

13-CR-00065 (PMH)

---

PHILIP M. HALPERN, United States District Judge:

Francisco Sanchez ("Defendant") filed a motion to modify his term of imprisonment under 18 U.S.C. § 3582(c)(1)(A)(i) on August 8, 2023. (Doc. 1). As of the date of this Order, the government has not filed a response to Defendant's motion. The government is directed to file a response to the motion by September 22, 2023.

**SO ORDERED.**

Dated: White Plains, New York
September 18, 2023

_____
PHILIP M. HALPERN
United States District Judge