U.S. Department of Justice

> Application granted. The time for the government to respond to Defendant's motion to modify his term of imprisonment is extended to 10/20/2023.
>
> **SO ORDERED.**
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
> September 22, 2023

**BY ECF**

Honorable Philip M. Halpern
United States District Judge
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Francisco Sanchez, 13 Cr. 65 (PMH)

Dear Judge Halpern:

The Government respectfully requests that the date for the Government's response to defendant Francisco Sanchez's (the "Defendant") motion to modify his term of imprisonment under 18 U.S.C. § 3582(c)(1)(A)(i) (the "Motion"), currently due September 22, 2023, be adjourned by 28 days to October 20, 2023. (See Dkt. Nos. 82 & 83.) As stated in the Motion, the decade-long history of the case, including the Defendant's appeal to the Circuit Court and purported changes in the law, *might* be relevant to the Government's response. (See Dkt. No. 82 at 1-4.)

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Kingdar Prussien
Assistant United States Attorney
(914) 993-1927

cc:   Defendant Francisco Sanchez (by mail)